IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH JOHNSON COLE,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 11-0453-CG-M** |
| **MICHAEL HALEY, et al.** | : |
| Defendants. | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this court.

**DONE and ORDERED** this 3rd day of July, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE